UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-22777-CIV-PCH
MAGISTRATE JUDGE TURNOFF

TOPP, INC., a Florida corporation,

      Plaintiff,

v.

NORTH AMERICAN CAPACITY
INSURANCE COMPANY, a foreign
corporation and NCM AMERICAS,
INC., a foreign corporation,

      Defendants.

_____/



## ORDER

This Cause comes before the Court on Plaintiff's Motion to Compel Discovery. (D.E. 28.)

Oral argument on the motion was held on May 8, 2003. The Court having reviewed the record, and

being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Discovery (D.E. 28), is

GRANTED in part and DENIED in part, consistent with the instructions stated in open court.

Each party shall bear its own fees and costs incurred in connection with Plaintiff's Motion.

DONE AND ORDERED in Chambers, at Miami, Florida, this ___9___ day of May, 2003.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

c:    Hon. Paul C. Huck
      Counsel of record